# Court of Appeals
# of the State of Georgia

ATLANTA,____August 25, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17D0009.  ANIS TAMRI v. REAL ESTATE INVESTORS GROUP, INC. f/k/a DAVID W. PITTMAN. APPELLEE.**

This case began as a dispossessory proceeding in magistrate court. Following Tamri's failure to pay rent into the registry of the court, Real Estate Investors filed a "Motion for Emergency Hearing to Establish Rental Value and Schedule for Deposit to Registry of the Court." On July 29, 2016, the superior court entered an order establishing the fair rental value of the subject property and directed Tamri to pay monthly rent into the court registry noting that "failure to make payment in full and by means set forth herein . . .  shall cause the issuance of an immediate writ of possession."  Tamri filed a discretionary application to this Court from that order. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). Where both discretionary and interlocutory application procedures apply, the applicant must follow the interlocutory appeal procedure and obtain a timely certificate of immediate review before filing an application. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).

Because the case remains pending in the superior court, however, the order Tamri seeks to appeal is a non-final order, as it did not  resolve all issues in the case. He therefore was required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d

213) (1996); *Scruggs*, 261 Ga. at 588-589 (1); *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997). Tamri's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____08/25/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*